NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**QIAN IBRAHIM ZHAO,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5079

---

Appeal from the United States Court of Federal Claims in case no. 09-CV-463, Judge Charles F. Lettow.

---

**ON MOTION**

---

**ORDER**

Qian Ibrahim Zhao moves for extensions of time to pay the docketing fee, for leave to file a nonconforming informal brief, and various other relief. The United States responds.

As the court noted in its March 26, 2010 order, Zhao's motion for leave to proceed in forma pauperis was denied. At the time it was denied, Zhao was a prisoner. Zhao states that he is now a deported alien and thus not in the custody of the prison. The court denied Zhao's request to

reconsider the denial of in forma pauperis status. Zhao now requests extensions of time to pay the docketing fee.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) Zhao's motions for extensions of time are granted to the extent that the docketing fee is due no later than November 5, 2010. If the fee is not paid by that date, this appeal will be dismissed.

(2) Zhao's motion to file a nonconforming brief is granted and the brief is accepted for filing as an informal brief. The United States' brief is due within 60 days of the date of filing of this order.

(3) All other pending motions are denied.

FOR THE COURT

OCT 1 5 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Qian Ibrahim Zhao
     Douglas G. Edelschick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 5 2010

JAN HORBALY
CLERK